**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

REBECCA D. ZELL                                                                                    PLAINTIFF

4:20-cv-01498-JM-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                                           DEFENDANT

**<u>ORDER</u>**

The Court has received Proposed Findings and Recommendations ("RD") submitted by

United States Magistrate Judge Joe J. Volpe.   No objections have been filed.   After careful

review of the RD, as well as a *de novo* review of the record, the Court approves and adopts the RD

as this Court's findings in all respects.   Accordingly, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 16th day of September, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE