# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

REBECCA D. ZELL                                                                                    PLAINTIFF

4:20-cv-01498-JM-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the motion to dismiss is granted. Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED this 16th day of September, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE